UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26 CR116 JWB/SGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  **INDICTMENT** |
| | ) |
| Plaintiff, | )  18 U.S.C. § 922(g)(1) |
| | )  18 U.S.C. § 924(a)(8) |
| v. | )  18 U.S.C. § 924(c)(1)(A)(i) |
| | )  18 U.S.C. § 924(d)(1) |
| PETER VANG, | )  21 U.S.C. § 841(a)(1) |
| a/k/a "Little Man," | )  21 U.S.C. § 841(b)(1)(A) |
| | )  21 U.S.C. § 853 |
| Defendant. | )  28 U.S.C. § 2461(c) |
| | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession with Intent to Distribute Methamphetamine)

On or about February 11, 2026, in the State and District of Minnesota, the defendant,

**PETER VANG,**

did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 2
(Felon in Possession of a Firearm)

On or about February 11, 2026, in the State and District of Minnesota, the defendant,

SCANNED
JUN 16 2026
U.S. DISTRICT COURT MPLS

*United States v. Peter Vang*

**PETER VANG,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Aiding and Abetting First-Degree Assault | Washington County, MN | September 21, 2009 |
| Felon in Possession of Firearm and Ammunition | U.S. District Court for the District of Minnesota | July 13, 2018 |
| Fleeing a Peace Officer in a Motor Vehicle | Anoka County, MN | July 14, 2023 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith and Wesson M&P Bodyguard .380 caliber pistol, bearing serial number KDX1946, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Felon in Possession of a Firearm)

On or about February 11, 2026, in the State and District of Minnesota, the defendant,

**PETER VANG,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

*United States v. Peter Vang*

| Offense | Place of Conviction | Date of Conviction (on or about) |
| --- | --- | --- |
| Aiding and Abetting First-Degree Assault | Washington County, MN | September 21, 2009 |
| Felon in Possession of Firearm and Ammunition | U.S. District Court for the District of Minnesota | July 13, 2018 |
| Fleeing a Peace Officer in a Motor Vehicle | Anoka County, MN | July 14, 2023 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger SR9C 9mm pistol, bearing serial number 33395379, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 11, 2026, in the State and District of Minnesota, the defendant,

**PETER VANG**,

did knowingly use or carry firearms, that are, a Smith and Wesson M&P Bodyguard .380 caliber pistol, bearing serial number KDX1946, and a Ruger SR9C 9mm pistol, bearing serial number 33395379, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as

3

*United States v. Peter Vang*

alleged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

Counts 1 through 4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to the following items seized from the defendant at the time of his arrest on February 11, 2026:

(1)    approximately $2,554 in U.S. currency;

(2)    the Smith and Wesson M&P Bodyguard .380 caliber pistol, bearing serial number KDX1946, charged in Count 2 of the Indictment, and any ammunition and accessories seized therewith; and

(3)    the Ruger SR9C 9mm pistol, bearing serial number 33395379, charged in Count 3 of the Indictment, and any ammunition and accessories seized therewith.

*United States v. Peter Vang*

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of any of Counts 1-4 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in connection with the violation, including but not limited to a Smith and Wesson M&P Bodyguard .380 caliber pistol, bearing serial number KDX1946; a Ruger SR9C 9mm pistol, bearing serial number 33395379; and any ammunition and magazines seized therewith.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON