# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                          Criminal No.  17-104 (JWB/SER)

PETER VANG

_____

UNITED STATES OF AMERICA

    v.                                          Criminal No.  26-116 (JWB/SGE)

PETER VANG

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court that the above-captioned cases may be related for the following reason:

■    Cases involving the same defendant, whether the prior cases are open or closed.

Dated: June 17, 2026                Respectfully submitted,

                                        DANIEL N. ROSEN
                                        United States Attorney

                                        *s/Mary S. Riverso*
                                        BY:  MARY S. RIVERSO
                                        Assistant United States Attorney